OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 6, 2024

Todd Fiore, Esq.
Kevin L. Jayne, Esq.
Susan M. Lin, Esq.
Sandra M. Urban, Esq.

RE: USA v. DeAndre Jackson/ USA v. Quintel Martins
Case Number: 23-1707/ 23-1802
District Court Case Number: 2-21-cr-00054-002/ 2-21-cr-00054-001

Dear Counsel:

　　At the direction of the Court, the parties shall submit supplemental letter briefs of no more than five single-spaced pages by Friday, May 17, 2024, addressing the following:

1.　If the Court were to hold that the stop or the frisk in this case were impermissibly intrusive and violative of the Fourth Amendment, must the Court remand to the District Court to determine, in the first instance, what evidence constitutes fruits of the unconstitutional conduct? If the Court must remand, may the District Court reopen the record?

2.　Did the Government forfeit the argument that an exception to suppression applies when it failed to raise that issue in this appeal?

3.　If the Court were to remand for further proceedings regarding the independent source doctrine, inevitable discovery exception, or any other exception to suppression, should the District Court be permitted to reopen the record?

RE: USA v. DeAndre Jackson/ USA v. Quintel Martins
Case Number: 23-1707/ 23-1802
District Court Case Number: 2-21-cr-00054-002/ 2-21-cr-00054-001

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk
267-299-4947